IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DEXTER BROWN,

      Plaintiff,                    No. 2: 11-cv-3053 KJN P

     vs.

EDMUND G. BROWN, et al.,

      Defendants.          <u>ORDER</u>

/

       Plaintiff is a state prisoner, proceeding without counsel, with a civil rights action pursuant to 42 U.S.C. § 1983. On January 6, 2012, the court dismissed plaintiff's complaint with thirty days to file an amended complaint. On January 13, 2012, plaintiff filed a first amended complaint. On January 19, 2012, plaintiff filed a pleading stating that he had not received the January 6, 2012 order when he prepared the first amended complaint. Plaintiff stated that after reviewing the January 6, 2012 order, he intended to prepare a revised first amended complaint.

       On January 30, 2012, plaintiff filed a motion for an extension of time to file his revised first amended complaint.

       Good cause appearing, IT IS HEREBY ORDERED that:

       1. Plaintiff's amended complaint filed January 13, 2012 (Dkt. No. 9) is stricken;

////

1

2. Plaintiff's January 30, 2012 motion for an extension of time (Dkt. No. 11) is granted; plaintiff's amended complaint is due within thirty days of the date of this order.

DATED: February 7, 2012

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

br3053.eot