IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DEXTER BROWN,

      Plaintiff,                    No. 2:11-cv-3053 KJM KJN P

     vs.

EDMUND G. BROWN, et al.,

      Defendants.           ORDER

_____/

        Plaintiff is a state prisoner, proceeding without counsel, with a civil rights action pursuant to 42 U.S.C. § 1983. On April 12, 2012, the undersigned dismissed plaintiff's amended complaint with thirty days to file a second amended complaint. Thirty days passed and plaintiff did not respond to the April 12, 2012 order. Accordingly, on May 25, 2012, the undersigned recommended that this action be dismissed.

        On May 29, 2012, plaintiff filed a motion for an extension of time to file his second amended complaint. Good cause appearing, on June 6, 2012, the undersigned vacated the May 25, 2012 findings and recommendations and granted plaintiff thirty days to file his second amended complaint.

        Thirty days passed from the June 6, 2012 order and plaintiff did not file his second amended complaint. Accordingly, on July 20, 2012 the undersigned again recommended

1

that this action be dismissed. On July 23, 2012, plaintiff filed a request for appointment of counsel. The caption of this request contains four case numbers, including the instant action.

The United States Supreme Court has ruled that district courts lack authority to require counsel to represent indigent prisoners in § 1983 cases. Mallard v. United States Dist. Court, 490 U.S. 296, 298 (1989). In certain exceptional circumstances, the court may request the voluntary assistance of counsel pursuant to 28 U.S.C. § 1915(e)(1). Terrell v. Brewer, 935 F.2d 1015, 1017 (9th Cir. 1991); Wood v. Housewright, 900 F.2d 1332, 1335-36 (9th Cir. 1990). In the present case, the court does not find the required exceptional circumstances. Therefore, plaintiff's request for the appointment of counsel is denied.

Because plaintiff demonstrates an interest in prosecuting this action, he will be granted one final opportunity to file a second amended complaint. No further requests for extension of time will be granted.

Accordingly, IT IS HEREBY ORDERED that:

1. The July 20, 2012 findings and recommendations (Dkt. No. 31) are vacated;

2. Plaintiff's motion for appointment of counsel (Dkt. No. 32) is denied;

3. Plaintiff is granted thirty days from the date of this order to file his second amended complaint. No further requests for extensions of time will be granted.

DATED: August 17, 2012

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

brow3053.31.kjn